Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Lilit Vardanian, State Bar No. 309143
E-Mail: lvardanian@hurrellcantrall.com
HURRELL CANTRALL LLP
725 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile:  (213) 426-2020

Attorneys for Defendant, LOS ANGELES UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMAR'E HARPER, a minor child through his G.A.L., AISHA BENNETT, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, and DOES 1 to 25, Inclusive, <br><br> Defendants. | FEDERAL CASE NO.: <br><br> STATE CASE NO.: 20STCV12146 [Exempt Pursuant to Gov. Code § 6103] [State Action Assigned to Hon. Kerry Bensinger, Dept. 27] <br><br> **NOTICE OF REMOVAL AND REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446 (FEDERAL QUESTION) ON BEHALF OF DEFENDANT, LOS ANGELES UNIFIED SCHOOL DISTRICT; DECLARATION OF LILIT VARDANIAN IN SUPPORT THEREOF** <br><br> [*Filed concurrently with Notice of Interested Parties*] <br><br> Station Action Filed:    05/18/2022 <br> Trial Date:              10/10/2023 |

**TO THIS COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446,

Defendant, LOS ANGELES UNIFIED SCHOOL DISTRICT, hereby removes this

NOTICE OF REMOVAL

HURRELL CANTRALL LLP
725 SOUTH FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1   action from the Superior Court of the County of Los Angeles to the United States

2   District Court, Central District of California, on the following basis:

3       1.      Plaintiff, AMAR'E HARPER, a minor child through his G.A.L.,

4   AISHA BENNETT ("Plaintiff"), initiated this action on March 26, 2020, in the

5   Superior Court of the County of Los Angeles, in the action entitled *Harper, Amar'e*

6   *v. Los Angeles Unified School District, et al.*, Case No. 20STCV12146 (the

7   "Complaint").  (Dec. of Lilit Vardanian ("Vardanian Dec."), ¶ 4.)

8       2.      Thereafter, pursuant to a joint stipulation between the parties, on May

9   24, 2023, Plaintiff filed a Second Amended Complaint.  (Vardanian Dec., ¶ 5.)

10      3.      Plaintiff served his Second Amended Complaint on Defendant the same

11  day, on May 24, 2023.  (Vardanian Dec., ¶ 6, Exh. A.)

12      4.      The Second Amended Complaint alleges the following five (5) causes

13  of action: (1) Negligence; (2) Premises Liability; (3) Civil Rights Violations Under

14  the Americans With Disabilities Act, Unruh, Ralph, and Bane Civil Rights Acts

15  [Cal. Civ. Code §§ 51, 51.5, 51.7, 52, 52.1], the Federal Rehabilitation Act of 1973

16  [29 U.S.C. § 701], and the California Disabled-Persons Act [Cal. Civ. Code §

17  54(c)]; (4) Battery; and (5) Intentional Infliction of Emotional Distress.  (Vardanian

18  Dec., ¶ 7.)  Plaintiff alleges all of his claims, including his Third Cause of Action,

19  which includes several claims for civil rights violations under federal law against

20  Defendant. (*Id.*)

21      5.      Accordingly, Defendant removes this action on the basis of Federal

22  Question Jurisdiction to this Court, pursuant to 28 U.S.C. section 1441(a), under

23  which "any civil action brought in a State court of which the district courts of the

24  United States have original jurisdiction, may be removed by the defendant . . . ."  28

25  U.S.C. § 1441(a); *see also* 28 U.S.C. § 1446 (procedures for removal).  Venue is

26  proper in this Court as the alleged wrongful conduct occurred in the County of Los

27  Angeles.  28 U.S.C. §§ 84(c)(2), 1391, 1446.  (Vardanian Dec., ¶ 8.)

28

HURRELL CANTRALL LLP
725 SOUTH FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

2
NOTICE OF REMOVAL

6.     Further, this Court has jurisdiction over the remaining state law claims because all of Plaintiff's claims derive "from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966); *see also* 28 U.S.C. §§ 1367(a) and 1441)(c).  (Vardanian Dec., ¶ 7.)

7.     Defendant is filing this Notice of Removal with this Court on the date Defendant's responsive pleading to the Second Amended Complaint comes due. (Vardanian Decl. ¶ 9.)

8.     Defendant is also filing this Notice of Removal in this Court, and in the Superior Court in the County of Los Angeles, where Plaintiff initially filed this action.  (Vardanian Decl., ¶ 10.)

DATED: June 27, 2023                  HURRELL CANTRALL LLP


By: _____
    THOMAS C. HURRELL
    LILIT VARDANIAN
    Attorneys for Defendant, LOS ANGELES
    UNIFIED SCHOOL DISTRICT

NOTICE OF REMOVAL

HURRELL CANTRALL LLP
725 SOUTH FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
725 SOUTH FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**DECLARATION OF LILIT VARDANIAN**

I, Lilit Vardanian, declare:

1.      I am an attorney at law, duly licensed to practice before this Court, and an associate attorney with Hurrell Cantrall LLP, attorneys of record for Defendant, LOS ANGELES UNIFIED SCHOOL DISTRICT ("Defendant").

2.      The facts set forth herein are of my own personal knowledge and if called upon to testify to the truth thereof, I could and would competently do so.

3.      I make this declaration in support of Defendant's Notice of Removal.

4.      Plaintiff, AMAR'E HARPER, a minor child through his G.A.L., AISHA BENNETT ("Plaintiff"), initiated this action on March 26, 2020, in the Superior Court of the County of Los Angeles, in the action entitled *Harper, Amar'e v. Los Angeles Unified School District, et al.*, Case No. 20STCV12146.

5.      Thereafter, pursuant to a joint stipulation between the parties, on May 24, 2023, Plaintiff filed a Second Amended Complaint.

6.      Plaintiff served his Second Amended Complaint on Defendant the same day, on May 24, 2023.  A true and correct copy of the Second Amended Complaint with Proof of Service is attached hereto as **Exhibit A**.

7.      The Second Amended Complaint alleges the following five (5) causes of action: (1) Negligence; (2) Premises Liability; (3) Civil Rights Violations Under the Americans With Disabilities Act, Unruh, Ralph, and Bane Civil Rights Acts [Cal. Civ. Code §§ 51, 51.5, 51.7, 52, 52.1], the Federal Rehabilitation Act of 1973 [29 U.S.C. § 701], and the California Disabled-Persons Act [Cal. Civ. Code § 54(c)]; (4) Battery; and (5) Intentional Infliction of Emotional Distress.  Plaintiff alleges all of his claims, including his Third Cause of Action, which includes several claims for civil rights violations under federal law against Defendant.

8.      The wrongful conduct alleged in the Second Amended Complaint occurred in the County of Los Angeles.

NOTICE OF REMOVAL

9.    Defendant is filing this Notice of Removal on the date Defendant's responsive pleading to the Second Amended Complaint comes due.

10.    Defendant is also filing this Notice of Removal in this Court, and in the Superior Court in the County of Los Angeles, where Plaintiff initially filed this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 27, 2023, in Los Angeles, California.

_____
LILIT VARDANIAN

HURRELL CANTRALL LLP
725 SOUTH FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

5
NOTICE OF REMOVAL